UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN ANJORIN,

        Plaintiff,

v.

Case No. 2:17-cv-11659
Magistrate Judge Anthony P. Patti

CITY OF DETROIT,
JAMES CRAIG,
BOULEVARD & TRUMBULL,
CHARLES LYNEM and
JAVION & SAM TOWING, INC.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Court's May 24, 2018 order, it is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendants and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the amended complaint is **DISMISSED** with prejudice.

        DAVID J. WEAVER
        CLERK OF THE COURT
        BY: s/Michael Williams
        Deputy Clerk

Approved:

s/Anthony P. Patti
ANTHONY P. PATTI
U.S. MAGISTRATE JUDGE